IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>PHOENIX PHARMACOLOGICS, INC.,<br><br>                Defendant. | Civil Action No.: 04-1285-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Enzon Pharmaceuticals, Inc., hereby certify that copies of Enzon's Objections and Responses to Defendant Phoenix Pharmacologics, Inc.'s First Set of Requests for Production of Documents and Things were caused to be served on March 10, 2005 in the manner indicated below:

| BY HAND DELIVERY | BY FEDERAL EXPRESS |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Joseph Lucci, Esquire<br>Woodcock Washburn, LLP<br>One Liberty Place, 46th Floor<br>Philadelphia, PA 19103 |

The undersigned further certifies that he caused copies of this *Notice of Service* to be served on March 10, 2005 upon the below-listed counsel of record in the manner indicated below:

| BY CM/ECF | BY FEDERAL EXPRESS |
|---|---|
| Richard D. Kirk, Esquire | Joseph Lucci, Esquire |
| The Bayard Firm | Woodcock Washburn, LLP |
| 222 Delaware Avenue, Suite 900 | One Liberty Place, 46th Floor |
| Wilmington, DE 19801 | Philadelphia, PA 19103 |

 _____
 Josy W. Ingersoll (No. 1088)
 John W. Shaw (No. 3362)
 Glenn C. Mandalas (No. 4432)
 YOUNG CONAWAY
   STARGATT & TAYLOR, LLP
 The Brandywine Building, 17th Floor
 1000 West Street
 Wilmington, DE 19801
 (302) 571-6600
 gmandalas@ycst.com

 Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.

OF COUNSEL:

Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: March 10, 2005