IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1285-GMS |
| ) | |
| PHOENIX PHARMACOLOGICS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 11, 2005, (1) DEFENDANT PHOENIX PHARMACOLOGICS, INC.'S RESPONSES TO ENZON'S FIRST SET OF INTERROGATORIES (NOS. 1-6) AND (2) DEFENDANT PHOENIX PHARMACOLOGICS, INC.'S RESPONSES TO ENZON'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-41) were served as shown:

**HAND DELIVERY**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**FEDERAL EXPRESS OVERNIGHT**

Charles Weiss, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

March 11, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk

Richard D. Kirk (rk0922).
222 Delaware Avenue, 9th floor
Wilmington, DE 19801
(302) 655-5000
Attorneys for defendant,
Phoenix Pharmacologics, Inc.

575548v1

OF COUNSEL:
Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 11, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email and Federal Express overnight mail to the following non-registered participants:

Charles Weiss, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)

573294v1