IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No.: 04-1285-GMS |

### NOTICE OF SERVICE

The undersigned, counsel for Enzon Pharmaceuticals, Inc., hereby certify that copies of Enzon's Objections and Responses to Defendant Phoenix Pharmacologics, Inc.'s First Set of Interrogatories to Enzon, Inc. (1-6) were caused to be served on March 21, 2005 in the manner indicated below:

**BY HAND DELIVERY**

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

The undersigned further certifies that he caused copies of this *Notice of Service* to be served on March 21, 2005 upon the below-listed counsel of record in the manner indicated below:

| BY CM/ECF | BY FEDERAL EXPRESS |
|---|---|
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Joseph Lucci, Esquire<br>Woodcock Washburn, LLP<br>One Liberty Place, 46th Floor<br>Philadelphia, PA 19103 |

_____
Josy W. Ingersoll (No. 1088)
Kevin M. Baird (No. 4219)
YOUNG CONAWAY
 STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*

OF COUNSEL:

Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: March 21, 2005

2
WP3:1092753.1                                                                 63541.1001