# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4208
rkirk@bayardfirm.com

March 31, 2005

**BY HAND**

Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

    Re:    *Enzon Pharmaceuticals, Inc. v. PhoenixPharmacologics, Inc.*
             *C.A. No. 04-1285-GMS* – Teleconference

Dear Judge Sleet:

    I write to confirm that the Court will hold a teleconference at the parties' request on **Thursday, April 7, 2005 at 2:00 p.m.** to consider a dispute as to the form of protective order to be entered in this case. The parties will call chambers at the appointed time.

    We recognize that our joint agenda letter is due not later than Tuesday, April 5, 2005 at 2:00 p.m.

    Counsel will be happy to respond should the Court have any questions.

                                       Respectfully submitted,

                                       Richard D. Kirk

RDK/slh
cc:    Clerk of the Court (by hand)
        John W. Shaw, Esquire (by hand)

579594v1