## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 31, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email and Federal Express overnight mail to the following non-registered participants:

Charles Weiss, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

_____
Richard D. Kirk (rk0922)

573294v1