# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W IOBST
RICHARD H MORSE
DAVID C MCBRIDE
JOSEPH M NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G FLYNN
JEROME K GROSSMAN
EUGENE A DIPRINZIO
JAMES L PATTON, JR
ROBERT L THOMAS
WILLIAM D JOHNSTON
TIMOTHY J SNYDER
BRUCE L SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F ROBERTS
RICHARD J A POPPER
TERESA A CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A HOLT

JOHN T DORSEY
M BLAKE CLEARY

ATHANASIOS E AGELAKOPOULOS
JOSEPH M BARRY
SEAN M BEACH
DONALD J BOWMAN, JR
TIMOTHY P CAIRNS
CURTIS J CROWTHER
MARGARET M DIBIANCA
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
DANIELLE GIBBS
ALISON G.M GOODMAN
SEAN T GREECHER
KARA S HAMMOND
DAWN M JONES
RICHARD S JULIE
KAREN E KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL
TIMOTHY E LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MATTHEW B MCGUIRE
MARIBETH L MINELLA
EDMON L MORTON
D FON MUTTAMARA-WALKER
JENNIFER R NOEL
JOHN J PASCHETTO
ADAM W POFF
SETH J REIDENBERG
FRANCIS J SCHANNE
MICHELE SHERRETTA
MICHAEL P STAFFORD
JOHN E TRACEY
ALFRED VILLOCH, III
MARGARET B WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6743
FAX: (302) 576-3463

E-MAIL: gmandalas@ycst.com

H ALBERT YOUNG
1929-1982
H JAMES CONAWAY, JR
1947-1990
WILLIAM F TAYLOR
1954-2004

STUART B YOUNG
EDWARD B MAXWELL, 2ND
OF COUNSEL

JOHN D MCLAUGHLIN, JR
ELENA C NORMAN (NY ONLY)
PATRICIA A WIDDOSS
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P O BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

April 5, 2005

**HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Enzon Pharmaceuticals, Inc. v. Phoenix Pharamacologics, Inc.*,
            C.A. No. 04-1285-GMS

Dear Judge Sleet:

      I write on behalf of the parties to set forth the dispute on the agenda for the discovery teleconference set for Thursday, April 7, 2005 at 2:00 p.m.

      The gravamen of Enzon's complaint against Phoenix is that former Enzon employee Mike Clark filed a patent application in his own name after leaving Enzon that was based on work done at Enzon. The patent that issued from this application was assigned by Dr. Clark to Phoenix, which is a start-up company that he founded. Phoenix denies that the invention claimed in the patent was based on work done at Enzon.

      The disagreement between the parties now presented to the Court concerns a provision in the Protective Order. The provision at issue would allow a party receiving confidential documents in discovery to show those documents to anyone named on them as an

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
April 5, 2005
Page 2

author or recipient. One effect of this provision would be to allow Phoenix to show Dr. Clark Enzon's confidential documents that he had authored or already seen. Enzon disagrees with including such a provision.

      Enzon is concerned about giving Dr. Clark, a current Phoenix employee and competitor of Enzon, such access, because Dr. Clark is accused in this suit of using Enzon's trade secrets to obtain a patent. Phoenix simply wants to ensure that Dr. Clark is able to participate in the defense of the suit by seeing documents to which he already had access as the author or recipient. Dr. Clark would be prohibited by the Protective Order from using such documents in any way other than for purposes of this litigation. Enzon states that this case is no different from any other patent case in which document review is conducted by technically trained patent counsel and independent experts who are approved under the usual notice provisions of the Protective Order.

Respectfully Submitted,

Glenn C. Mandalas
(# 4432)

cc:   Clerk of the Court (by hand and electronic filing)
      Richard D. Kirk, Esquire (by electronic filing and e-mail)
      Joseph Lucci, Esquire (by e-mail)
      John W. Shaw, Esquire (by electronic filing and e-mail)
      Charles A. Weiss, Esquire (by e-mail)