IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1285-GMS |
| | ) |
| PHOENIX PHARMACOLOGICS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ENTERING STIPULATED PROTECTIVE ORDER**

_____
United States District Judge

At Wilmington this ____ day of ____, 2005, IT IS HEREBY ORDERED that the Stipulation for the Protection of Confidential Information is entered as an Order of this Court.

For purposes of filing papers under seal under the EM/ECF system, this Order shall serve as the Order that must be filed with the document filed under seal as required by the EM/ECF rules.