IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZON PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-1285 GMS |
| PHOENIX PHARMACOLOGICS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION FOR AMENDMENT OF PLEADINGS**

WHEREAS, the Scheduling Order (D.I. 20) calls for the filing of motions to amend the pleadings on or before July 1, 2005; and

WHEREAS, the parties wish to file such motions pursuant to Fed. R. Civ. P. 15(a);

IT IS HEREBY STIPULATED, by and between the parties hereto, as follows:

1.  Defendant Phoenix Pharmacologics, Inc. ("Phoenix") consents to the filing by plaintiff Enzon Pharmaceuticals, Inc. ("Enzon") of an Amended Complaint dated July 1, 2005, in the form attached hereto as Exhibit A;

2.  Enzon consents to the filing by Phoenix of an Amended Answer to Complaint dated July 1, 2005, in the form attached hereto as Exhibit B; and

3.  By consenting to these filings, neither Enzon nor Phoenix intends to acquiesce in or agree to the substance of the allegations contained therein but only to indicate their consent to the filings.

593320v1

July 1, 2005

| | |
|---|---|
| /s/ John W. Shaw (js3362) | /s/ Richard D. Kirk (rk0922) |
| Josy W. Ingersoll | Richard D. Kirk |
| John W. Shaw | Cheryl Siskin |
| Glenn C. Mandalas | 222 Delaware Avenue, Suite 900 |
| Young Conaway Stargatt & Taylor, LLP | P.O. Box 25130 |
| The Brandywine Building | Wilmington, Delaware 19899 |
| 1000 West Street, 17th Floor | (302) 655-5000 |
| Wilmington, Delaware 19801 | Attorneys for defendant |
| Attorneys for plaintiffs | Ivax Pharmaceuticals, Inc |

593320v1