IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1285-GMS |
| | ) |
| PHOENIX PHARMACOLOGICS, INC., | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 20, 2005, DEFENDANT PHOENIX PHARMACOLOGICS, INC.'S SECOND SET OF INTERROGATORIES TO ENZON, INC. were served as shown:

**HAND DELIVERY**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

July 20, 2005

**FEDERAL EXPRESS OVERNIGHT**

Charles Weiss, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

THE BAYARD FIRM

_____
Richard D. Kirk (rk0922).
222 Delaware Avenue, 9th floor
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Defendant,
Phoenix Pharmacologics, Inc.

575548v1

OF COUNSEL:
Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100