IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No.: 04-1285-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 19, 2005, copies of the Notice of Deposition of Mike A. Clark, Ph.D. were served on the following counsel in the manner indicated below:

**BY FACSIMILE**

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY FACSIMILE & FEDERAL EXPRESS**

Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

PLEASE TAKE FURTHER NOTICE that on July 21, 2005, copies of this Notice of Service were served upon the following counsel in the manner indicated below:

**BY CM/ECF & HAND DELIVERY**

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

                YOUNG CONAWAY STARGATT & TAYLOR LLP

                /s/ Josy W. Ingersoll
                Josy W. Ingersoll (No. 1088)
                John W. Shaw (No. 3362)
                Glenn C. Mandalas (No. 4432)
                The Brandywine Building, 17th Floor
                1000 West Street
                Wilmington, DE 19801
                (302) 571-6600
                *Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*

OF COUNSEL:

Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: July 21, 2005