IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No.: 04-1285-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Enzon Pharmaceuticals, Inc., hereby certify that copies of Enzon's First Supplemental Objections and Responses to Defendant Phoenix Pharmacologics, Inc.'s First Set of Interrogatories to Enzon, Inc. (1-6) were caused to be served on July 29, 2005 in the manner indicated below:

| BY HAND DELIVERY | BY FEDERAL EXPRESS: |
|---|---|
| Richard D. Kirk, Esquire <br> The Bayard Firm <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 | Joseph Lucci, Esquire <br> Woodcock Washburn, LLP <br> One Liberty Place, 46th Floor <br> Philadelphia, PA 19103 |

The undersigned further certifies that he caused copies of this *Notice of Service* to be served on July 29, 2005 upon the below-listed counsel of record in the manner indicated below:

| **BY CM/ECF & HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Richard D. Kirk, Esquire | Joseph Lucci, Esquire |
| The Bayard Firm | Woodcock Washburn, LLP |
| 222 Delaware Avenue, Suite 900 | One Liberty Place, 46th Floor |
| Wilmington, DE 19801 | Philadelphia, PA 19103 |

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*

OF COUNSEL:

Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: July 29, 2005