IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No.: 04-1285-GMS |

**NOTICE OF SERVICE**

The undersigned, counsel for Enzon Pharmaceuticals, Inc., hereby certify that copies of *Enzon's Second Set of Requests for the Production of Documents and Things Directed to Phoenix (Nos. 42-46)* were caused to be served on August 5, 2005 in the manner indicated below:

BY HAND DELIVERY

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

BY FEDERAL EXPRESS

Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

The undersigned further certifies that he caused copies of this *Notice of Service* to be served on August 5, 2005 upon the below-listed counsel of record in the manner indicated below:

BY CM/ECF & HAND DELIVERY

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

BY FEDERAL EXPRESS

Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

August 5, 2005

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

By: _____
Josy W. Ingersoll (No.1088)
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West St.,
P.O. Box 391
Wilmington, DE 19801-0391
(302) 571-6600
Attorneys for Plaintiff
Enzon Pharmaceuticals, Inc.

OF COUNSEL:
Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200