IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX PHARMACOLOGICS, INC.,<br><br>Defendant. | Civil Action No. 04-1285-GMS |

**PLAINTIFF ENZON PHARMACEUTICALS'**
**MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**

Plaintiff Enzon Pharmaceuticals ("Enzon") hereby moves pursuant to Federal Rule of Civil Procedure 12(f) for an Order striking Phoenix Pharmacologics, Inc.'s affirmative defenses to Enzon's Amended Complaint (D.I. 33). The grounds for this motion are fully set forth in Enzon's opening brief, filed herewith.

WHEREFORE Enzon respectfully requests that the Court enter the attached order granting this motion to strike defendant's affirmative defenses.

OF COUNSEL:

KENYON & KENYON
Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
One Broadway
New York, NY 10004
(212) 425-7200

August 8, 2005

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
gmandalas@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire, hereby certify that on August 8, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> THE BAYARD FIRM
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19801

I further certify that on August 8, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FEDERAL EXPRESS**

> Joseph Lucci, Esquire
> WOODCOCK WASHBURN, LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas

John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*