IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No. 04-1285-GMS |

## ORDER

At Wilmington this _____ day of _____, 2005, having considered Plaintiff Enzon Pharmaceuticals, Inc.'s Motion to Strike Defendant's Affirmative Defenses, and the parties' arguments and papers thereon, IT IS HEREBY ORDERED that the motion is granted as follows:

The Affirmative Defenses in Phoenix Pharmacologics, Inc.'s answer to Enzon's Amended Complaint are insufficient under Fed. R. Civ. P. 8 and are hereby striken pursuant to Fed. R. Civ. P. 12(f).

_____
United States District Judge