### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

ENZON PHARMACEUTICALS, INC.,

              Plaintiff,

    v.

PHOENIX PHARMACOLOGICS, INC.,

              Defendant.

Civil Action No.  04-1285-GMS

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, Glenn C. Mandalas, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Plaintiff has made a reasonable effort to reach agreement with counsel for Defendant on the matters set forth in the foregoing motion.

_____
Glenn C. Mandalas (No.4432)

Dated:  August 8, 2005