IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No. 04-1285 (GMS) |

NOTICE OF DEPOSITION OF DEFENDANT
PHOENIX PHARMACOLOGICS, INC.
PURSUANT TO FED. R. CIV. P. RULE 30(b)(6) (No. 12)

TO:  Joseph Lucci, Esq.            Richard D. Kirk, Esq.
     Woodcock Washburn, LLP        The Bayard Firm
     One Liberty Place, 46th Floor 222 Delaware Avenue, Suite 900
     Philadelphia, PA   19103      Wilmington, DE   19801

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. Rule 30(b)(6), Plaintiff Enzon Pharmaceuticals, Inc. ("Enzon") will take the deposition upon oral examination of Defendant Phoenix Pharmacologics, Inc. ("Phoenix"), commencing on August 25, at 9:30 a.m., and continuing from day to day until completed, at the offices of Kenyon & Kenyon, One Broadway, New York, New York, 10004, or such other time and location as agreed upon by counsel. The deposition will be taken before a Notary Public or other officer duly authorized to administer oaths, and will be recorded by stenographic and/or videotape means.

Your are invited to attend and cross-examine.

The definitions and instructions set forth in Enzon's interrogatories and document requests shall apply to this notice of deposition.

Phoenix shall designate one or more knowledgeable persons to testify on its behalf as to the following category:

12. Any and all agreements, by and between Phoenix and the Ludwig Institute for Cancer Research related to PEG-ADI, including but not limited to, documents bearing Bates numbers PH-03644 – PH-03657, PH-03596 – PH-03629, the negotiation, preparation and drafting of such agreements, all correspondence and communications related to such agreements, the identity of all persons who contributed to the process of preparing and/or negotiating the terms of such agreements, and the performance under such agreements by Phoenix.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas

Josy W. Ingersoll (No.1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19801-0391
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*

OF COUNSEL:

Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY  10004
(212) 425-7200

Dated: August 9, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire, hereby certify that on August 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk, Esquire
>THE BAYARD FIRM
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19801

I further certify that on August 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY FEDERAL EXPRESS

>Joseph Lucci, Esquire
>WOODCOCK WASHBURN, LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Glenn C. Mandalas*
>Josy W. Ingersoll (No. 1088)
>John W. Shaw (No. 3362)
>Glenn C. Mandalas (No. 4432)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>gmandalas@ycst.com
>
>*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*