IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No.: 04-1285-GMS |

## NOTICE OF DEPOSITION OF BOR-WEN WU

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiff Enzon Pharmaceuticals, Inc., will take the deposition upon oral examination of Bor-Wen Wu, commencing on August 24, 2005 at 9:00 a.m., and continuing thereafter until completed, at the offices of Kenyon & Kenyon, located at One Broadway, New York, NY 10004, or at such other time and location as agreed upon by counsel. The deposition will be taken before a Notary Public or other officer duly authorized to administer oaths and will be recorded by stenographic and/or videotape means.

Counsel for Phoenix Pharmacologics, Inc. is invited to attend and cross-examine.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Glenn C. Mandalas
                _____
                Josy W. Ingersoll (No.1088)
                John W. Shaw (No. 3362)
                Glenn C. Mandalas (No. 4432)
                The Brandywine Building
                1000 West St., 17th Floor
                P.O. Box 391
                Wilmington, DE 19801-0391
                (302) 571-6600
                gmandalas@ycst.com

                *Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*

**OF COUNSEL**:

Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200


Dated: August 9, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire, hereby certify that on August 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> THE BAYARD FIRM
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19801

I further certify that on August 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FEDERAL EXPRESS**

> Joseph Lucci, Esquire
> WOODCOCK WASHBURN, LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*