IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1285 GMS |
| PHOENIX PHARMACOLOGICS, INC., | ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the approval of the Court, that the time within which defendant Phoenix Pharmacologics, Inc. ("Phoenix") shall file and serve its Answering Brief in opposition to the Motion to Strike Answers filed by plaintiff Enzon Pharmaceuticals, Inc. ("Enzon") (D.I. 43) be, and upon approval is, extended by one week to and including August 29, 2005. This extension has been requested by Phoenix to accommodate its counsel's planned vacation

August 16, 2005

/s/ John W. Shaw (js3362)
Josy W. Ingersoll
John W. Shaw
Glenn C. Mandalas
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attorneys for plaintiff Enzon Pharmaceuticals, Inc.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Cheryl Siskin
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for defendant Phoenix Pharmacologics, Inc.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

593320v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 16, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Glenn C. Mandalas, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email and hand to the above local counsel and by email and U.S. mail to the following non-registered participants:

Charles A. Weiss, Esquire
Michael A. Siem, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

/s/ Richard D. Kirk (rk0922)

573294v1