UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>PHOENIX PHARMACOLOGICS, INC., )<br><br>Defendant. ) | )<br>)<br>)<br>)<br>) C. A. No. 04-1285 GMS<br>)<br>)<br>)<br>) |

**STIPULATION AMENDING THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 11, 2005 Scheduling Order [D.I. 20] be amended as follows, but only as follows:

3.   **Discovery**.

a.   <u>Discovery Deadlines.</u>  All fact discovery in this case shall be initiated so that it will be completed on or before October 21, 2005, except as indicated below.  All written discovery shall be served no later than September 2, 2005.  All notices of deposition shall be filed and served no later than September 23, 2005.  Opening expert reports on issues as to which a party has the burden of proof shall be served on or before November 4, 2005.  Rebuttal expert reports shall be served on or before November 30, 2005.  All expert discovery shall be completed on or before December 21, 2005.

Except as specifically revised hereby, the Scheduling Order dated March 11, 2005, shall remain in full force and effect.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | THE BAYARD FIRM |
|---|---|
| /s/ Glenn C. Mandalas (gm4432)<br>Josy W. Ingersoll (No.1088)<br>John W. Shaw (No. 3362)<br>Glenn C. Mandalas (No.4432)<br>The Brandywine Building, 17th Floor<br>1000 West St.,<br>P.O. Box 391<br>Wilmington, DE 19801-0391<br>(302) 571-6600<br>gmandalas@ycst.com<br>Attorneys for Plaintiff,<br>  Enzon Pharmaceuticals, Inc.<br><br>OF COUNSEL:<br>Richard L. DeLucia<br>Charles A. Weiss<br>Michael A. Siem<br>KENYON & KENYON<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (No. 922)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Defendant,<br>  Phoenix Pharmacologics, Inc.<br><br>OF COUNSEL:<br>Joseph Lucci, Esquire<br>Woodcock Washburn, LLP<br>One Liberty Place, 46th Floor<br>Philadelphia, PA 19103<br> (215) 568-3100 |

**SO ORDERED** this _____ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 17, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Glenn C. Mandalas, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801


The undersigned counsel further certifies that copies of the foregoing document were sent by email and hand to the above local counsel and by email and U.S. mail to the following non-registered participants:

Charles A. Weiss, Esquire
Michael A. Siem, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004


/s/ Richard D. Kirk (rk0922)

573294v1