IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHOENIX PHARMACOLOGICS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-1285 GMS |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the approval of the Court, that the time within which Plaintiff Enzon Pharmaceuticals, Inc. shall file and serve its Reply Brief in Support of its Motion to Strike Answer to Amended Complaint (D.I. 43) is extended through and including September 9, 2005.

August 31, 2005

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*

/s/ Richard D. Kirk
Richard D. Kirk (#922)
Cheryl Siskin (#3437)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
*Attorneys for Defendant Phoenix Pharmacologics, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE