IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 04-1285-GMS |
| PHOENIX PHARMACOLOGICS, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 2, 2005, DEFENDANT PHOENIX PHARMACOLOGICS, INC.'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 42-46) were served as shown:

| **EMAIL AND HAND DELIVERY** | **EMAIL AND U.S. MAIL** |
|---|---|
| Josy W. Ingersoll, Esquire<br>John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Charles Weiss, Esquire<br>Michael Siem, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 |

September 2, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th floor
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Defendant,

575548v1

OF COUNSEL:
Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100