**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENZON, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  04-1285-GMS |
| | ) | |
| PHOENIX PHARMACOLOGICS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 6, 2005, DEFENDANT PHOENIX

PHAMACOLOGICS, INC.'S SECOND SET OF REQUESTS FOR DOCUMENTS AND

THINGS TO PLAINTIFF ENZON PHARMACEUTICALS, INC. (NOS. 32-41) were served as

shown:

**EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**EMAIL AND U.S. MAIL**

Charles Weiss, Esquire
Michael Siem, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

September 6, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th floor
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Defendant,
Phoenix Pharmacologics, Inc.

575548v1

OF COUNSEL:
Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100