# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENZON PHARMACEUTICALS, INC., )
                              )
      Plaintiff,           )
                              )
      v.                   )
                              )
                              )   Civil Action No. 04-1285-GMS
PHOENIX PHARMACOLOGICS, INC., )
                              )
      Defendant.           )

## DECLARATION AND UNDERTAKING

I, _____, state that:

1. My address is _____.

2. My present employer is _____.

3. My present occupation or job description is

_____

_____

_____

_____.

4. I have received a copy of the Stipulated Protective Order entered in the above-captioned action signed by the Honorable Gregory M. Sleet on _____.

5. I have carefully read and understand the provisions of the Stipulated Protective Order.

6. I will comply with and agree to be bound by all of the provisions of the Stipulated Protective Order.

7. I will hold in confidence, will not disclose to anyone not qualified under

13

the Stipulated Protective Order, and will use only for purposes of the above-captioned action, any CONFIDENTIAL information which is disclosed to me.

8. I will return all CONFIDENTIAL information which comes into my possession, and documents or things which I have prepared relating thereto, to counsel for the Party by whom I am retained.

9. I understand and acknowledge that violation of this Undertaking or the Stipulated Protective Order may be punishable by contempt of Court. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Stipulated Protective Order in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:_____        Signature:_____

DB01:1844957.1                                                                                               063541.1001