# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | C.A. No. 04-1285-GMS |

## STIPULATION REGARDING DEPOSITIONS

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the approval of the Court, as follows:

Notwithstanding the discovery cutoff and any other limits on discovery imposed by the Federal Rules of Civil Procedure or the Scheduling Order dated February 4, 2005 [D.I. 12] as amended on August 24, 2005 [D.I. 53], the parties agree that any witness identified by a party as a trial witness, who has not yet been deposed in this litigation, will be made available by the identifying party for deposition prior to trial at a mutually agreeable time and location.

/s/ Karen E. Keller
John W. Shaw (#3362)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Attorneys for plaintiff Enzon Pharmaceuticals, Inc.

/s/ Richard D. Kirk
Richard D. Kirk (#922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for defendant
Phoenix Pharmacologics, Inc

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge