IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No.: 04-1285-GMS |

### NOTICE OF DEPOSITION OF ARCHIE PRESTAYKO, Ph. D.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiff Enzon Pharmaceuticals, Inc., will take the deposition upon oral examination Archie Prestayko, Ph. D., commencing on October 3, 2005 at 9:30 a.m., and continuing thereafter until completed, at the offices of Kenyon & Kenyon, located at One Broadway, New York, NY 10004, or at such other time and location as agreed upon by counsel. The deposition will be taken before a Notary Public or other officer duly authorized to administer oaths and will be recorded by stenographic and/or videotape means.

Counsel for Phoenix Pharmacologics, Inc. is invited to attend and cross-examine.

DATED: SEPTEMBER 19, 2005

BY: /s/ Karen E. Keller
Josy W. Ingersoll (No.1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West St.,
P.O. Box 391
Wilmington, DE 19801-0391
(302) 571-6600
Attorneys for Plaintiff
Enzon Pharmaceuticals, Inc.

OF COUNSEL:
Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone:  (212) 425-7200
Facsimile:   (212) 425-5288

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 19, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard D. Kirk, Esquire
>THE BAYARD FIRM
>222 Delaware Avenue, Suite 900
>Wilmington, DE 19801

I further certify that on September 19, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY FEDERAL EXPRESS**
>
>Joseph Lucci, Esquire
>WOODCOCK WASHBURN, LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_(signature)_

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*