## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard D. Kirk, Esquire
> THE BAYARD FIRM
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19801

I further certify that on September 26, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY FEDERAL EXPRESS**
>
> Joseph Lucci, Esquire
> WOODCOCK WASHBURN, LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff*
*Enzon Pharmaceuticals, Inc.*