IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHARMACOLOGICS, INC., <br><br> Defendant. | Civil Action No.: 04-1285-GMS |

**NOTICE OF SERVICE**

The undersigned, counsel for Enzon Pharmaceuticals, Inc., hereby certify that copies of (1) *Enzon's Second Supplemental Objections and Responses to Defendant Phoenix Pharmacologics, Inc.'s First Set of Interrogatories to Enzon Pharmaceuticals, Inc. (Nos. 1 and 3)* and (2) *Enzon's Objections and Responses to Defendant Phoenix Pharmacologics, Inc.'s Third Set of Interrogatories to Enzon Pharmaceuticals, Inc. (Nos. 8-11)*, were caused to be served on October 3, 2005 in the manner indicated below:

| BY HAND DELIVERY | BY FEDERAL EXPRESS |
|---|---|
| Richard D. Kirk, Esquire <br> The Bayard Firm <br> 222 Delaware Avenue, Suite 900 <br> Wilmington, DE 19801 | Joseph Lucci, Esquire <br> Woodcock Washburn, LLP <br> One Liberty Place, 46th Floor <br> Philadelphia, PA 19103 |

The undersigned further certifies that she caused copies of this *Notice of Service* to be served on October 3, 2005 upon the below-listed counsel of record in the manner indicated below:

| | |
|---|---|
| BY CM/ECF & HAND DELIVERY | BY FEDERAL EXPRESS |
| Richard D. Kirk, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | Joseph Lucci, Esquire<br>Woodcock Washburn, LLP<br>One Liberty Place, 46th Floor<br>Philadelphia, PA 19103 |

DATED: October 3, 2005

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: /s/ Karen E. Keller
Josy W. Ingersoll (No.1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West St.
P.O. Box 391
Wilmington, DE 19801-0391
(302) 571-6600
Attorneys for Plaintiff
Enzon Pharmaceuticals, Inc.

OF COUNSEL:
Richard L. DeLucia
Charles A. Weiss
Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200