IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZON, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  04-1285-GMS |
| | ) | |
| PHOENIX PHARMACOLOGICS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 4, 2005, 1) DEFENDANT PHOENIX PHARMACOLOGICS INC.'S RESPONSES AND OBJECTIONS TO THE SECOND NOTICE OF DEPOSITION OF ENZON PHARMACEUTICALS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) (No. 12);   and 2) DEFENDANT PHOENIX PHARMACOLOGICS INC.'S RESPONSES AND OBJECTIONS TO THE THIRD NOTICE OF DEPOSITION OF ENZON PHARMACEUTICALS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) (Nos. 13-29) were served as shown:

**EMAIL AND HAND DELIVERY**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**EMAIL AND U.S. MAIL**

Charles Weiss, Esquire
Michael Siem, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

575548v1

October 4, 2005

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th floor
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardfirm.com
Attorneys for Defendant,
Phoenix Pharmacologics, Inc.

OF COUNSEL:
Joseph Lucci, Esquire
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100