# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER | | ATHANASIOS E. AGELAKOPOULOS | TIMOTHY E. LENGKEEK |
| BEN T. CASTLE | TERESA A. CHEEK | THE BRANDYWINE BUILDING | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH | 1000 WEST STREET, 17TH FLOOR | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JANET Z. CHARLTON | WILMINGTON, DELAWARE 19801 | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | ROBERT S. BRADY | | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | JOEL A. WAITE | P.O. BOX 391 | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | BRENT C. SHAFFER | WILMINGTON, DELAWARE 19899-0391 | CURTIS J. CROWTHER | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR | (302) 571-6600 | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL | (800) 253-2234 (DE ONLY) | KENNETH J. ENOS | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON | FAX: (302) 571-1253 | IAN S. FREDERICKS | JOHN J. PASCHETTO |
| JOSY W. INGERSOLL | MARTIN S. LESSNER | | JAMES J. GALLAGHER | ADAM W. POFF |
| ANTHONY G. FLYNN | PAULINE K. MORGAN | | DANIELLE GIBBS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | C. BARR FLINN | 110 WEST PINE STREET | SEAN T. GREECHER | FRANCIS J. SCHANNE |
| EUGENE A. DIPRINZIO | NATALIE WOLF | P.O. BOX 594 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | LISA B. GOODMAN | GEORGETOWN, DELAWARE 19947 | DAWN M. JONES | MICHAEL P. STAFFORD |
| ROBERT L. THOMAS | JOHN W. SHAW | (302) 856-3571 | RICHARD S. JULIE | JOHN E. TRACEY |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. | (800) 255-2234 (DE ONLY) | KAREN E. KELLER | MARGARET B. WHITEMAN |
| TIMOTHY J. SNYDER | EDWIN J. HARRON | FAX: (302) 856-9338 | JENNIFER M. KINKUS | CHRISTIAN DOUGLAS WRIGHT |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR | | EDWARD J. KOSMOWSKI | SHARON M. ZIEG |
| WILLIAM W. BOWSER | MAUREEN D. LUKE | WWW.YOUNGCONAWAY.COM | JOHN C. KUFFEL | |
| LARRY J. TARABICOS | ROLIN P. BISSELL | | | |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT | | SPECIAL COUNSEL | OF COUNSEL |
| MELANIE K. SHARP | JOHN T. DORSEY | DIRECT DIAL: (302) 571-6554 | JOHN D. MCLAUGHLIN, JR. | STUART B. YOUNG |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY | DIRECT FAX: (302) 576-3467 | ELENA C. NORMAN (NY ONLY) | EDWARD B. MAXWELL, 2ND |
| | | KKELLER@YCST.COM | PATRICIA A. WIDDOSS | |

October 7, 2005

**BY E-FILE AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    *Enzon Pharmaceuticals, Inc. v. Phoenix Pharmacologics, Inc.*, C.A. No. 04-1285-GMS

Dear Judge Sleet:

      I write on behalf of plaintiff Enzon Pharmaceuticals, Inc. ("Enzon") to set forth the joint agenda for the discovery teleconference set for October 11, 2005 at 2:00 PM. The disagreement between the parties to be presented to the Court concerns two issues:

(1) Document numbers 105-114 on Phoenix's privilege log.

(2) Enzon's production of document E016067-73, refusal to allow Phoenix to conduct follow up depositions of persons identified in that document, and the scope of waiver of privilege flowing from production of that document.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
October 7, 2005
Page 2

The parties have met and conferred, but were unable to resolve these issues.

Respectfully Submitted,

*Karen E. Keller*

Karen E. Keller (#4489)

cc: Clerk of the Court (by electronic filing)
Richard D. Kirk, Esquire (by electronic filing & hand delivery)
Joseph Lucci, Esquire (by facsimile)
Michael A. Siem, Esquire (by electronic mail)

DB01:1868394.1

063541.1001