# EXHIBIT 2

Page 1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF DELAWARE

3  ----------------------------------------------------------

4  ENZON PHARMACEUTICALS, INC.,

5           Plaintiff,

6                                    Civil Action No
   - against -                       04-1285 (GMS)
7

8  PHOENIX PHARMACOLOGICS, INC.,

9           Defendant.

10 ----------------------------------------------------------

11             9:00 a.m.

12             August 4, 2005

13             One Broadway

14             New York, New York

15

16             CONFIDENTIAL

17     VIDEOTAPED DEPOSITION of DAVID RAY
   FILPULA, a Witness in the above entitled
18 matter, taken pursuant to Rule 30(b)(6), before
   Stephen J. Moore, a Registered Professional
19 Reporter, Certified Realtime Reporter, and
   Notary Public of the State of New York.
20

21 ----------------------------------------------------------

22         DIGITAL EVIDENCE GROUP

23     11 Dupont Circle, NW Suite 400

24        Washington, DC  20036

25           (202) 232-0646

8/4/2005   Enzon Pharmaceuticals Inc. v. Phoenix Pharmacologics   David Filpula
Confidential Pursuant To Protective Order

Page 166

1   DAVID RAY FILPULA - CONFIDENTIAL
2   discussions about using higher molecular weight
3   PEGs with ADI, whether we were talking about 35
4   or 45 or 40, I wouldn't remember that level of
5   detail.
6        Q    These general discussions to
7   which you have referred, did they involve Dr.
8   Clark?
9            MR. SIEM: Objection to form.
10       A    I'm not certain, but since he
11  was a member of the ADI sourcing team, was
12  invited to all the meetings, contributed to the
13  discussion at the meetings when he attended and
14  was provided with all documents and information
15  pertaining to PEG and ADI, I would think that
16  he would be likely to be included in such
17  discussions.
18       Q    Where did Dr. Clark get the idea
19  of using PEG 40,000 with ADI as referenced in
20  the '738 patent?
21           MR. SIEM: Objection to form.
22       A    Well, I cannot be a mind reader
23  and be certain in what somebody else was
24  thinking.
25           I believe that the work that we

Page 167

1   DAVID RAY FILPULA - CONFIDENTIAL
2   conducted in our PEG-ADI program at Enzon
3   showed that the higher molecular weight PEGs
4   performed better and therefore it would teach
5   us as a team that the use of the higher
6   molecular weight PEGs is a good thing.
7        Q    Well, if it was taught to the
8   folks at Enzon the higher molecular weight PEG
9   is a good thing, how come we haven't seen any
10  documents in which that was actually explored?
11           MR. SIEM: Objection to form.
12       A    In my view we did see such a
13  document in our manuscript, for one example we
14  show that the 12K outperformed the 5K.
15       Q    Well, if it's taught to the team
16  that higher molecular weight is better,
17  wouldn't the logical extension of that be to go
18  even higher than 12?
19           MR. SIEM: Objection to form.
20       A    I think that that would be
21  something that a scientist would think about
22  and evaluate, at least in his thoughts, and
23  perhaps want to follow-up on in
24  experimentation.
25           You can't always do every

Page 168

1   DAVID RAY FILPULA - CONFIDENTIAL
2   experiment that you think about, resources are
3   limited.
4        Q    And they were limited at Enzon,
5   right?
6            MR. SIEM: Objection to form.
7        A    They are limited everywhere.
8        Q    But evaluating higher molecular
9   weight --
10           MR. LUCCI: Let me strike that.
11       Q    But evaluating PEG-ADI having
12  PEG polymers of molecular weight greater than
13  12,000 wasn't something that was evaluated at
14  Enzon, was it?
15       A    I can't be sure of that, I
16  already found a listing in one of our
17  manuscripts suggesting that we may have looked
18  at a 24K PEG.
19           I'm not certain of the total
20  list of compounds that may have been explored
21  to some level in looking at and investigating
22  the properties that PEGylated ADI compounds.
23           One does not necessarily do a
24  thorough evaluation, meaning both biochemical
25  and cell culture and animal study type data,

Page 169

1   DAVID RAY FILPULA - CONFIDENTIAL
2   one may stop at a preliminary testing where the
3   question is asked how does this particular PEG
4   or linker affect the specific activity of the
5   conjugate, and if time and the cost don't allow
6   us to explore every single compound, we may not
7   be able to go further with every single
8   compound to the more extensive and thorough
9   investigation involving these animal and cell
10  culture models.
11       Q    Dr. Filpula, can you point me to
12  a single document in Enzon's document
13  production to Phoenix where the use of PEG
14  having a molecular weight of 40,000 is
15  discussed in connection with PEGylating ADI?
16           MR. SIEM: Objection to form.
17       A    In the documents that I reviewed
18  the past few days, I don't recall seeing that
19  specific example.
20           That doesn't mean there might
21  not be information on that contained in the
22  relative documentation that is part of this
23  litigation.
24           There is certainly a great deal
25  of work that has been done with 40K PEG at

Page 170
1   DAVID RAY FILPULA - CONFIDENTIAL
2   Enzon on various compounds, therefore
3   exploration of that at Enzon per ADI would not
4   surprise me, I just do not see any specific
5   examples of that contained in the documents
6   that I reviewed the last few days.
7       Q    Is PEG of 40,000 molecular
8   weight -- let me just phrase it differently,
9   are PEGs of molecular weight greater than
10  24,000 proprietary to Enzon?
11          MR. SIEM: Objection to form.
12      A    That may depend upon several
13  factors, it would, perhaps, depend upon the
14  linker employed, it may depend upon the design
15  of the PEG, such as whether one uses a branch
16  structure or not.
17          There may be other factors.
18      Q    Well, the claim here that we
19  were looking at in the '738 patent just talks
20  about polyethylene glycol having a total weight
21  average molecular weight of from about 1,000 to
22  about 40,000.
23          Now, polyethylene glycol having
24  a total weight average molecular weight of
25  about 40,000 had been in the literature before

Page 171
1   DAVID RAY FILPULA - CONFIDENTIAL
2   1994, hadn't it?
3           MR. SIEM: Objection to form.
4       A   Again, I would want to carefully
5   examine that point with regard to the date you
6   mentioned, but I think that PEGs of various
7   sizes have been explored in the literature
8   prior to 1994, including ones that are quite
9   large.
10      Q   On the order of -- quite large
11  meaning on the order of 40,000, correct?
12      A   Yes.
13      Q   Just for the record, your answer
14  to my question was yes?
15      A   Yes.
16      Q   Just so we are clear on the
17  record, you are not able to identify for me any
18  discussion at Enzon relating to the use of PEG
19  40,000 with ADI, is that correct?
20          MR. SIEM: Objection to form.
21      A   I can't recall specific examples
22  of conversations between particular individuals
23  relating to that specific construction.
24          But typically at Enzon
25  conversations about modifying proteins with a

Page 172
1   DAVID RAY FILPULA - CONFIDENTIAL
2   wide array of different sizes of PEGs for any
3   protein would be very usual.
4       Q   Now, looking at the remainder of
5   claim 1 in the '738 patent, you see there the
6   portion of claim 1 that appears in column 20,
7   do you see that there begins with the word
8   linking group?
9       A   Yes.
10      Q   And it says, continuing from the
11  prior paragraph, says, "Wherein the linking
12  group is selected from the group consisting
13  of," do you see that language?
14      A   Yes.
15      Q   Now, the first linking group
16  that's listed there is a succinamide?
17      A   Yes.
18      Q   The next one is an amide group,
19  right?
20      A   Yes.
21      Q   Are you aware of any document
22  that has been produced to Phoenix in this
23  litigation that discusses using an amide group
24  to link a PEG molecule to ADI?
25          MR. SIEM: Objection to form.

Page 173
1   DAVID RAY FILPULA - CONFIDENTIAL
2       A   I will have to say that the
3   language of claim 1 is a bit unclear to me in
4   that the linking group could well be an amide.
5           Typically the succinamide would
6   be a leaving group and in a different formal
7   chemical category from the actual linkage,
8   which could be an amide.
9           The -- it may be that the XUS
10  linker that we referred to forms an amide
11  linkage, I would have to doublecheck that,
12  however that may also occur with the T PEG.
13          The SC would generate what is
14  called a carbamate or urethane linkage.
15      Q   Now, you see one of the groups
16  listed there is an ester group?
17      A   Yes.
18      Q   Did you see any reference in the
19  documents that have been produced to Phoenix in
20  this litigation of using an ester group to link
21  a PEG polymer to ADI?
22          MR. SIEM: Objection to form.
23      A   I don't specifically remember
24  that example. Ester groups are rather common
25  in well-known PEG linkers, so it's something

Page 174

1  DAVID RAY FILPULA - CONFIDENTIAL
2  that could easily be discussed at any time.
3      Q   Well, given that they are
4  well-known, isn't it surprising that you didn't
5  see them mentioned in any documents produced by
6  Enzon?
7          MR. SIEM: Objection to form,
8      mischaracterizes the witness' testimony.
9      A   Again, the linkers that I recall
10 seeing are ones that I've listed. There were,
11 perhaps, a number of other linkers explored in
12 our PEGylation program.
13         The ester linkage actually is
14 not regarded as the best strategy to use for
15 PEGylation due to its instability.
16     Q   And the experiments you are
17 referring to talking about the use of the ester
18 linkage is with a molecule different from ADI,
19 correct?
20     A   Yes, the general statement I
21 made is a generalization, not specifically
22 directed to ADI.
23     Q   Now, the next group here is an
24 epoxy group, is there any document that's been
25 produced to Phoenix in this litigation by Enzon

Page 175

1  DAVID RAY FILPULA - CONFIDENTIAL
2  that refers to the use of an epoxy group to
3  link ADI to a PEG polymer?
4          MR. SIEM: Objection to form.
5      A   I don't specifically recall
6  communication of that, again the epoxy group
7  would be difficult to work with and probably
8  not be a premier choice for PEGylation.
9      Q   Now, the remainder of that
10 portion of claim 1 refers to a carboxyl group,
11 a hydroxyl group, a carbohydrate, a tyrosine
12 group, cysteine group, and a histidine group,
13 do you see that?
14     A   Yes.
15     Q   Are you aware of any documents
16 that Enzon has produced to Phoenix in this
17 litigation that discuss the use of any of those
18 linkers to link ADI to a PEG polymer?
19         MR. SIEM: Objection to form.
20     A   And again, I'm not sure of the
21 exact wording of that in documents that I have
22 seen, but it would be relevant to one of the
23 compounds that we explored and described in our
24 work, for example the SC PEG compound, the SC
25 linker, while it primarily reacts with lysines,

Page 176

1  DAVID RAY FILPULA - CONFIDENTIAL
2  the primary amines of lysines it's also able to
3  react with cysteines and histadines, and
4  tyrosines.
5      Q   But, Dr. Filpula, this is
6  talking about the use of a succinamide linker
7  as an alternative to a histadine, not together
8  with a histadine, isn't it?
9          MR. SIEM: Objection to form,
10         calls for a legal conclusion.
11     A   I'm uncertain as to what
12 specifically is referred to here. As I've
13 noted previously, the language is a bit
14 confusing in that there is a description of
15 what typically would be a linkage, such as an
16 amide, and description of what would typically
17 be a linker, such as a succinamide.
18     Q   But if we focus on carboxyl
19 groups, carboxyl groups, hydroxyl groups and
20 carbohydrate groups, you're not aware of any
21 document that Enzon has produced in this
22 litigation, are you, that discusses the use of
23 those groups to link ADI to a PEG polymer, are
24 you?
25         MR. SIEM: Objection to form.

Page 177

1  DAVID RAY FILPULA - CONFIDENTIAL
2      A   I don't recall specific examples
3  of that in the documents that I've looked at
4  recently.
5          Nonetheless, one could envision
6  ways that you could modify the ADI protein
7  through different linker chemistries such that
8  it could react with these moieties, the
9  carbohydrate and carboxyl and hydroxyl groups,
10 the approaches would be disclosed by various
11 publications.
12     Q   Did Enzon ever link ADI to a PEG
13 polymer using an Ester group, epoxy group,
14 carboxyl group, hydroxyl group, carbohydrate
15 group?
16         MR. SIEM: Objection to form.
17     A   Again, the ones you listed were.
18     Q   Ester, epoxy, carboxyl,
19 hydroxyl, carbohydrate?
20         MR. SIEM: Same objection.
21     A   ADI does not have any
22 carbohydrates, that is a bit confusing as to
23 why that was included.
24         The chemistries for hydroxyl and
25 to some extent carboxyl and certain epoxy would

Page 178

1  DAVID RAY FILPULA - CONFIDENTIAL
2  be not premier chemistries for this
3  application.
4         And I don't specifically
5  remember exploration of those, although it's
6  possible that those were included in our
7  programs.
8         I didn't run across specific
9  mention of that in the documents that I
10 reviewed.
11     Q    So, it's your understanding that
12 Enzon definitely did any work using hydroxyl or
13 epoxy groups to link ADI to a PEG polymer, is
14 that correct?
15        MR. SIEM: Objection to form,
16    mischaracterizes the witness' testimony.
17     A    Rather I'm saying I don't know,
18 however I've not seen that specific example in
19 the recent documents I've reviewed.
20     Q    Dr. Filpula, do you recall any
21 discussions at Enzon about using as a linker
22 for PEG and ADI any of the ester, epoxy,
23 carboxyl, hydroxyl or carbohydrate groups we
24 have been discussing?
25        MR. SIEM: Objection to form.

Page 179

1  DAVID RAY FILPULA - CONFIDENTIAL
2     A    I don't specifically recall the
3  discussions about that.
4     Q    Did anyone at Enzon communicate
5  the use of those groups as a linker for PEG and
6  ADI to Dr. Clark?
7         MR. SIEM: Objection to form.
8     A    I don't recall that.
9     Q    Did Dr. Clark work on those
10 groups as linkers for PEG and ADI when he was
11 at Enzon, and by those groups I mean ester,
12 epoxy, carboxyl, hydroxyl and carbohydrate?
13        MR. SIEM: Objection to form.
14     A    I'm sorry, could you read that
15 question back?
16        (The question requested was read
17    back by the reporter.)
18     A    No, I don't recall that at all.
19 Mike wasn't a PEGylation expert. He didn't do
20 PEGylation work at Enzon.
21     Q    What type of work did Dr. Clark
22 do at Enzon?
23     A    Mike was an associate VP, his
24 job was administrative and supervisory.
25        He, I believe, headed the

Page 180

1  DAVID RAY FILPULA - CONFIDENTIAL
2  molecular genetics, or possibly it was called
3  the biology department reporting to Rob Schorr
4  who was, I think, V.P. of research.
5         His responsibilities were not
6  only in PEG-ADI, he worked on at least one
7  other major program as well.
8         Within the ADI program he was a
9  member of the ADI sourcing team and would have
10 contributed to discussions at those team
11 meetings, and invited to all the meetings, he
12 would have received all the meeting minutes and
13 information about the program, both the
14 PEGylation and the ADI component.
15        So his job was to serve as a
16 communication link between the ADI sourcing
17 team and senior management, as a top manager he
18 had responsibilities in managing resources,
19 making sure that we had enough people to do the
20 job, enough money, enough equipment.
21        He also had responsibilities in
22 fostering the relationship between Enzon and
23 Lloyd Old's lab at Ludwig.
24     Q    Now, you're not aware of anyone
25 at Enzon discussing use of ester, epoxy,

Page 181

1  DAVID RAY FILPULA - CONFIDENTIAL
2  carboxyl, hydroxyl or carbohydrate groups to
3  link PEG and ADI, correct?
4         MR. SIEM: Objection to form.
5     A    I'm not -- I'm not familiar with
6  using those chemistries, I think I remember
7  them all, for the purpose of PEGylating ADI.
8     Q    So your testimony is you do
9  remember them all for the purpose of
10 PEGylating?
11     A    No, what I said was I do not
12 remember the use of those linkers that you
13 mentioned, the epoxy, the carbohydrate, I think
14 you said carboxyl, hydroxyl, I don't recall
15 work using those linkages specifically for
16 PEGylating ADI.
17        It may have occurred, but I
18 don't specifically recall that being done.
19     Q    Does Enzon have any idea where
20 Dr. Clark got the idea to use ester, epoxy,
21 carboxyl, hydroxyl or carbohydrate groups to
22 link PEG and ADI?
23        MR. SIEM: Objection to form.
24     A    Well, again, I can't read
25 somebody else's mind, but the use of linkers

Page 182

1   DAVID RAY FILPULA - CONFIDENTIAL
2   and linkages like this is kind of textbook.
3        It's, you know, the type of
4   linkages that one uses for a variety of
5   conjugations.
6        So I mean he could read a
7   textbook and find most of this, I guess, or an
8   article in the literature.
9        Q    The use of ester, epoxy,
10  carboxyl, hydroxyl and carbohydrate groups for
11  linking PEG and ADI isn't proprietary to Enzon,
12  is it?
13       MR. SIEM: Objection to form.
14       A    That I think, when you say
15  proprietary, that gets into a legal issue, and
16  I can only address factual issues as a research
17  scientist, I am not an attorney.
18       Q    Well, on that basis can you
19  answer my question?
20       MR. SIEM: Objection to form.
21       A    And again, the question was
22  whether it was proprietary? No, I can't answer
23  that.
24       Q    You don't know whether or not
25  the use of those linkers to link PEG and ADI

Page 183

1   DAVID RAY FILPULA - CONFIDENTIAL
2   was proprietary to Enzon?
3        A    No, I don't know.
4        Q    You mentioned that you could
5   find them in a textbook, though, right?
6        A    Yes, but it's all about timing,
7   when the textbook came out.
8        Q    Could you have found them in a
9   textbook in 1996?
10       A    I'm not certain, perhaps.
11       Q    The use of ADI as a treatment
12  for cancer was in the public domain before
13  Enzon got involved in using ADI, correct?
14       A    I'm not certain of that, but the
15  idea of using arginine deprivation to treat
16  cancers has been around quite a while.
17       Q    Isn't it the case that Takaku
18  published in 1992 on the use of ADI for
19  mycoplasma to treat cancer?
20       MR. SIEM: Objection to form.
21       A    Again, I don't have the document
22  in front of me, so I don't know how to treat to
23  that.
24       Q    Well when you got involved
25  working with ADI, was it your understanding as

Page 184

1   DAVID RAY FILPULA - CONFIDENTIAL
2   to whether or not Takaku -- you are aware of
3   the publications of Takaku on ADI, correct?
4        A    There were previous publications
5   on ADI to 1996, you've mentioned the years in
6   the early '90s and indeed in the early '90s
7   there were significant publications on ADI.
8        You mentioned one specific
9   author's name, Takaku, that sounds familiar,
10  but again without seeing the article and
11  refreshing my memory as to his article, I can
12  simply say that there have been publications on
13  the use of ADI in the literature in the early
14  '90s and it was -- there was evidence provided
15  that they had anti-cancer effects.
16       Q    Do you have an understanding as
17  to whether in that early '90s time period it
18  has also been published to put PEG on ADI?
19       MR. SIEM: Objection to form.
20       A    Yes, there was an article, I'm
21  not sure of the year, that described PEGylation
22  of an ADI and it's anti -- I believe it
23  included some anti-tumor effects, at least in
24  cell culture.
25       Q    Would it be consistent with your

Page 185

1   DAVID RAY FILPULA - CONFIDENTIAL
2   recollection that publication came out in 1993?
3        A    Possibly.
4        Q    How did Enzon get involved
5   initially in using ADI?
6        A    The history behind that even
7   predates me, and I've been with the company a
8   long time.
9        The founder of the company, the
10  founders of the company, Frank Davis and Abe
11  Abakowski had an interest all along in using
12  PEGylated enzymes to deplete essential amino
13  acids and thereby treat cancers.
14       One of the enzymes that they
15  worked on, I believe, while they were still in
16  academia at Rutgers was N-arginase, arginase
17  depletes arginine from the blood or from serum
18  or from aqueous solutions for that matter,
19  through a similar but not identical mechanism.
20       They worked on PEGylating
21  arginase back then. That gradually led to a
22  PEGylation program on pseudomonas ADI and then
23  we have discussed the further evolution to the
24  mycoplasma program.
25       Q    Do you remember anyone at Enzon

8/4/2005    Enzon Pharmaceuticals Inc. v. Phoenix Pharmacologics    David Filpula
Confidential Pursuant To Protective Order

Page 186

1  DAVID RAY FILPULA - CONFIDENTIAL
2  expressing skepticism over the use of PEG
3  polymers having molecular weight greater than
4  12,000 for PEGylating ADI?
5      A    No, I don't recall that.
6      Q    Dr. Filpula, in the '738 patent
7  you have there, if you could turn to the last
8  page of it, in claim 3 there is a reference in
9  the second line to a succinimidyl succinate
10 group, do you see that?
11     A    Yes.
12     Q    Did Enzon use that group to link
13 PEG and ADI?
14     A    It's possible, the succinimidyl
15 succinate group or as we call it the SS group
16 is one that we have used extensively at Enzon
17 over the years, in fact two of our marketed
18 products use that chemistry.
19          It would be unsurprising to me
20 if we explored that chemistry, I don't
21 specifically recall if we did or not, only that
22 it would be unsurprising.
23     Q    Can you point me to any document
24 in Enzon's document production to Phoenix that
25 discusses the use of the succinimidyl succinate

Page 187

1  DAVID RAY FILPULA - CONFIDENTIAL
2  group to link PEG and ADI?
3          MR. SIEM:  Objection to form.
4      A    As I mentioned, I don't recall
5  seeing specific mention of using the SS linker
6  together with PEGylation of ADI, we would
7  certainly have been extremely well aware of the
8  potential to do so if we wished to for the very
9  reasons I've stated.
10         The SS linker is okay, we felt
11 that the SC linker has superior features
12 overall and probably chose to focus more of the
13 work on that linker for that reason.
14     Q    Was the SS linker known in the
15 literature prior to 1994?
16     A    Yes, I believe so.
17     Q    There is another linker
18 mentioned on the next line, the succinimidyl
19 succinamide, do you see that there?
20     A    Yes.
21     Q    Are you aware of any work at
22 Enzon to use that linker to link PEG and ADI?
23     A    I don't recall seeing that
24 specific linker in the documents that I
25 reviewed.

Page 188

1  DAVID RAY FILPULA - CONFIDENTIAL
2      Q    And you're not aware of any work
3  apart from what's referenced in the documents
4  directed to the use of that linker to link PEG
5  and ADI?
6          MR. SIEM:  Objection to form.
7      A    I don't recall that.
8      Q    Does Enzon know where Dr. Clark
9  got the idea to use the succinimidyl succinate
10 linker to link PEG and ADI?
11         MR. SIEM:  Objection to form.
12     A    Again, I can't read someone
13 else's mind, however given the complete
14 knowledge that Mike had of the enzyme program
15 employing a variety of PEG linkers and the fact
16 that Enzon extensively worked on SS PEG during
17 the two year period that he was there on other
18 projects, I would have to assume that he would
19 have been very well exposed to SS PEG during
20 his employment.
21     Q    Was, the fact that Enzon was
22 using SS PEG is something that was confidential
23 to the company in that time period?
24         MR. SIEM:  Objection to form.
25     A    I believe that the use of SS PEG

Page 189

1  DAVID RAY FILPULA - CONFIDENTIAL
2  on some projects was publicly known.
3      Q    With respect to the succinimidyl
4  succinamide, does Enzon have any idea where Dr.
5  Clark got the idea to use that to link PEG and
6  ADI?
7          MR. SIEM:  Objection to form.
8      A    Again, it would be a somewhat
9  similar answer, the linkers that Enzon used
10 during that period of time were various, Enzon
11 is really or especially then was and today as
12 well, I believe, most especially in the '90s
13 was the place to be for PEGylation.
14         We were the PEGylation experts.
15         And I think we are still are,
16 but certainly then there was just no question.
17         Mike was exposed to the best
18 PEGylation programs anywhere that I know of,
19 and I would guess he would be able to learn
20 more about a variety of linkers, and indeed
21 would be someone would would want to learn more
22 about the very company that he works for.
23     Q    But the fact that Enzon used a
24 variety of linkers wasn't a matter that Enzon
25 kept in confidence, was it?