IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1285-GMS |
| | ) |
| PHOENIX PHARMACOLOGICS, INC., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT PHOENIX PHARMACOLOGICS, INC.'S
### NOTICE OF DEPOSITION OF ARTHUR M. FELIX, PH.D.

TO:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Charles A. Weiss, Esquire
Michael A. Siem, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

PLEASE TAKE NOTICE that Pursuant to Federal Rules of Civil Procedure, beginning on November 17, 2005 at 9:00 a.m., and continuing from day to day until completed, at the offices of Woodcock Washburn LLP, One Liberty Place, Philadelphia PA 19103 or at some other place that may be agreed upon by the parties, Phoenix will take the deposition upon oral examination of Arthur M. Felix, Ph.D.

The oral examination will take place before a Notary Public or other officer authorized to administer oaths. The deposition will be recorded stenographically, videotaped, and may also be recorded by instant visual display of the stenographic record.

608091v1

- 2 -

| | |
|---|---|
| November 8, 2005 | THE BAYARD FIRM |
| | /s/ Richard D. Kirk (rk0922) |
| | 222 Delaware Avenue, Suite 900 |
| | P.O. Box 25130 |
| | Wilmington, DE 19899 |
| | rkirk@bayardfirm.com |
| | (302) 655-5000 |
| | Attorneys for Defendant |
| | Phoenix Pharmacologics, Inc. |

OF COUNSEL:
Joseph Lucci
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 8, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

The undersigned counsel further certifies that copies of the foregoing document were sent by email and hand to the above local counsel and by email and U.S. mail to the following non-registered participants:

Charles A. Weiss, Esquire
Michael A. Siem, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

/s/ Richard D. Kirk (rk0922)

573294v1