# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER | | ATHANASIOS E. AGELAKOPOULOS | TIMOTHY E. LENGKEEK |
| BEN T. CASTLE | TERESA A. CHEEK | THE BRANDYWINE BUILDING | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH | 1000 WEST STREET, 17TH FLOOR | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JANET Z. CHARLTON | WILMINGTON, DELAWARE 19801 | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | ROBERT S. BRADY | | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | JOEL A. WAITE | P.O. BOX 391 | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | BRENT C. SHAFFER | WILMINGTON, DELAWARE 19899-0391 | CURTIS J. CROWTHER | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR | (302) 571-6600 | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL | (800) 253-2234 (DE ONLY) | KENNETH J. ENOS | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON | FAX: (302) 571-1253 | IAN S. FREDERICKS | JOHN J. PASCHETTO |
| JOSY W. INGERSOLL | MARTIN S. LESSNER | | JAMES J. GALLAGHER | ADAM W. POFF |
| ANTHONY G. FLYNN | PAULINE K. MORGAN | | DANIELLE GIBBS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | C. BARR FLINN | 110 WEST PINE STREET | SEAN T. GREECHER | FRANCIS J. SCHANNE |
| EUGENE A. DIPRINZIO | NATALIE WOLF | P.O. BOX 594 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | LISA B. GOODMAN | GEORGETOWN, DELAWARE 19947 | DAWN M. JONES | MICHAEL P. STAFFORD |
| ROBERT L. THOMAS | JOHN W. SHAW | (302) 856-3571 | RICHARD S. JULIE | JOHN E. TRACEY |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. | (800) 255-2234 (DE ONLY) | KAREN E. KELLER | MARGARET B. WHITEMAN |
| TIMOTHY J. SNYDER | EDWIN J. HARRON | FAX: (302) 856-9338 | JENNIFER M. KINKUS | CHRISTIAN DOUGLAS WRIGHT |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR | | EDWARD J. KOSMOWSKI | SHARON M. ZIEG |
| WILLIAM W. BOWSER | MAUREEN D. LUKE | WWW.YOUNGCONAWAY.COM | JOHN C. KUFFEL | |
| LARRY J. TARABICOS | ROLIN P. BISSELL | | | |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT | DIRECT DIAL: 302-571-6672 | SPECIAL COUNSEL | OF COUNSEL |
| MELANIE K. SHARP | JOHN T. DORSEY | DIRECT FAX: 302-576-3301 | JOHN D. MCLAUGHLIN, JR. | STUART B. YOUNG |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY | JINGERSOLL@YCST.COM | ELENA C. NORMAN (NY ONLY) | EDWARD B. MAXWELL, 2ND |
| | | | KAREN L. PASCALE | |
| | | | PATRICIA A. WIDDOSS | |

December 2, 2005

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re: *Enzon Pharmaceuticals, Inc. v. Phoenix Pharmacologics, Inc.*,
        C.A. No. 04-1285-GMS

Dear Judge Sleet:

    This will confirm that the parties do not intend to bring any Daubert motions in this case, and that accordingly the teleconference on that subject scheduled for Thursday December 8, 2005 at 11:00 a.m. will not be needed.

                   Respectfully submitted,

                   Josy W. Ingersoll (No. 1088)

JWI:cg
cc: Clerk of the Court (by electronic filing)
   Richard D. Kirk, Esquire (by electronic filing/e-mail)
   Joseph Lucci, Esquire (by e-mail)
   Richard L. DeLucia, Esquire (by e-mail)