IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHOENIX PHARMACOLOGICS, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-1285 GMS |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 10, 2005 Scheduling Order (D.I. 20) and amended on August 17, 2005 (D.I. 53) be further amended as follows, but only as follows:

3(a).   All expert discovery shall be completed on or before January 23, 2006.

This extension is requested due to attorney and witness scheduling difficulties. Except as specifically revised hereby the Scheduling Order dated March 10, 2005 (D.I. 20) and amended on August 17, 2005 (D.I. 53), shall remain in full force and effect.

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
*Attorneys for Plaintiff Enzon Pharmaceuticals, Inc.*

/s/ Richard D. Kirk
Richard D. Kirk (#922)
Cheryl Siskin (#3437)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
*Attorneys for Defendant Phoenix Pharmacologics, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE