# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BRUCE M. STARGATT | NEILLI MULLEN WALSH | | ATHANASIOS E. AGELAKOPOULOS | JOHN C. KUFFEL |
| BEN T. CASTLE | JANET Z. CHARLTON | | LISA A. ARMSTRONG | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | ROBERT S. BRADY | THE BRANDYWINE BUILDING | GREGORY J. BABCOCK | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | JOEL A. WAITE | 1000 WEST STREET, 17TH FLOOR | JOSEPH M. BARRY | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | WILMINGTON, DELAWARE 19801 | SEAN M. BEACH | JOSEPH A. MALFITANO |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| RICHARD H. MORSE | CRAIG D. GREAR | P.O. BOX 391 | TIMOTHY P. CAIRNS | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | WILMINGTON, DELAWARE 19899-0391 | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | BRENDAN LINEHAN SHANNON | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | (302) 571-6600 | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | (800) 253-2234 (DE ONLY) | ERIN EDWARDS | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | C. BARR FLINN | FAX: (302) 571-1253 | KENNETH J. ENOS | JULIE C. PANARO |
| ANTHONY G. FLYNN | NATALIE WOLF | | IAN S. FREDERICKS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | | JAMES J. GALLAGHER | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | 110 WEST PINE STREET | SEAN T. GREECHER | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | P.O. BOX 594 | STEPHANIE L. HANSEN | MONTÉ T. SQUIRE |
| ROBERT L. THOMAS | EDWIN J. HARRON | GEORGETOWN, DELAWARE 19947 | DAWN M. JONES | MICHAEL P. STAFFORD |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | (302) 856-3571 | RICHARD S. JULIE | CHAD S.C. STOVER (SC ONLY) |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | (800) 255-2234 (DE ONLY) | KAREN E. KELLER | JOHN E. TRACEY |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | FAX: (302) 856-9338 | JENNIFER M. KINKUS | MARGARET B. WHITEMAN |
| WILLIAM W. BOWSER | SCOTT A. HOLT | | EDWARD J. KOSMOWSKI | SHARON M. ZIEG |
| LARRY J. TARABICOS | JOHN T. DORSEY | WWW.YOUNGCONAWAY.COM | | |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | | SPECIAL COUNSEL | SENIOR COUNSEL |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | DIRECT DIAL: (302) 571-6689 | ELENA C. NORMAN | |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | DIRECT FAX: (302) 576-3334 | KAREN L. PASCALE | OF COUNSEL |
| TERESA A. CHEEK | NORMAN M. POWELL | jshaw@ycst.com | PATRICIA A. WIDDOSS | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

February 24, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *Enzon Pharmaceuticals, Inc. v. Phoenix Pharmacologics, Inc.*, C.A. No. 04-1285-GMS

Dear Judge Sleet:

      Enclosed please find the draft form of order as requested in advance of the teleconference set for March 3, 2006.

                            Respectfully Submitted,

                            /s/ John W. Shaw

                            John W. Shaw (#3362)

JWS/prt
Enclosure

      cc:   Clerk of the Court (by hand delivery)
              Richard D. Kirk, Esquire (by electronic filing & hand delivery)
              Joseph Lucci, Esquire (by facsimile)
              Michael A. Siem, Esquire (by electronic mail)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-1285-GMS |
| PHOENIX PHARMACOLOGICS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER CORRECTING INVENTORSHIP
OF U.S. PATENT 6,183,738 PURSUANT TO 35 U.S.C. § 256 ¶ 2**

WHEREAS, plaintiff Enzon Pharmaceuticals, Inc. ("Enzon") filed this action for correction of inventorship under 35 U.S.C. § 256 ¶ 2 of U.S. Patent No. 6,183,738 ("the '738 patent") against defendant Phoenix Pharmacologics, Inc. ("Phoenix");

WHEREAS, the inventor on the face of the '738 Patent is Dr. Mike Clark, who was employed by Enzon from on or about April 29, 1994 to on or about April 22, 1996;

WHEREAS, Dr. Clark founded Phoenix after leaving Enzon and was an employee of Phoenix until on or about _____;

WHEREAS, while he was an employee of Phoenix, Dr. Clark assigned to Phoenix all of his right, title, and interest in and to the '738 patent by assignment dated May 11, 1998, duly recorded in the assignment records of the U.S. Patent and Trademark Office at Reel 009198 Frame 0451;

WHEREAS, defendant Phoenix presently owns all right, title, and interest in and to the '738 Patent;

WHEREAS, the parties to the action have taken and completed fact discovery concerning the inventorship issues raised by the Complaint;

WHEREAS, Enzon submits that inventorship of the '738 Patent should be corrected pursuant to 35 U.S.C. § 256 ¶ 2 to include as additional inventors along with Dr. Clark (i) Stanford Lee (an Enzon employee from on or about June 6, 1991 to on or about July 31, 2002) and (ii) David R. Filpula (an Enzon employee from on or about January 18, 1983 to the present);

WHEREAS, Phoenix does not object to the change in inventorship sought by Enzon.

NOW THEREFORE, at Wilmington this ____ day of _____, 2006, there being good cause to order that inventorship of the '738 Patent should be corrected pursuant to 35 U.S.C. § 256 ¶ 2 to include as additional inventors Stanford Lee and David R. Filpula, IT IS HEREBY ORDERED that:

1. The inventorship of U.S. Patent 6,183,738 shall be corrected pursuant to 35 U.S.C. § 256 ¶ 2 to include as additional inventors Stanford Lee and David R. Filpula.

2. The Clerk of the Court shall transmit a copy of this Order to the Director of the U.S. Patent and Trademark Office.

_____
United States District Judge