# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JULIE C. PANARO
ADAM W. POFF
SETH J. REIDENBERG
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

March 3, 2006

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Enzon Pharmaceuticals, Inc. v. Phoenix Pharmacologics, Inc.*
              Civil Action No. 04-1285-GMS

Dear Judge Sleet:

      On behalf of the parties, enclosed please find the Order Correcting Inventorship of U.S. Patent 6,183,738 Pursuant to 35 U.S.C. § 256 ¶ 2 discussed at this morning's teleconference. The parties agree that the Order may be entered by the Court.

                                  Respectfully submitted,

                                    John W. Shaw

JWS:prt
Enclosure

    cc:    Clerk of the Court (by e-filing and hand delivery)
            Richard D. Kirk, Esquire (by e-filing and hand delivery)
            Joseph Lucci, Esquire (by e-mail)
            Michael Siem, Esquire (by e-mail)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1285-GMS |
| | ) | |
| PHOENIX PHARMACOLOGICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER CORRECTING INVENTORSHIP
### OF U.S. PATENT 6,183,738 PURSUANT TO 35 U.S.C. § 256 ¶ 2

WHEREAS, plaintiff Enzon Pharmaceuticals, Inc. ("Enzon") filed this action for correction of inventorship under 35 U.S.C. § 256 ¶ 2 of U.S. Patent No. 6,183,738 ("the '738 patent") against defendant Phoenix Pharmacologics, Inc. ("Phoenix");

WHEREAS, the inventor on the face of the '738 Patent is Dr. Mike Clark, who was employed by Enzon from on or about April 29, 1994 to on or about April 22, 1996;

WHEREAS, Dr. Clark founded Phoenix after leaving Enzon and was an employee of Phoenix until on or about July 23, 2004;

WHEREAS, while he was an employee of Phoenix, Dr. Clark assigned to Phoenix all of his right, title, and interest in and to the '738 patent by assignment dated May 11, 1998, duly recorded in the assignment records of the U.S. Patent and Trademark Office at Reel 009198 Frame 0451;

WHEREAS, defendant Phoenix presently owns all right, title, and interest in and to the '738 Patent;

WHEREAS, the parties to the action have taken and completed fact discovery concerning the inventorship issues raised by the Complaint;

WHEREAS, Enzon submits that inventorship of the '738 Patent should be corrected pursuant to 35 U.S.C. § 256 ¶ 2 to include as additional inventors along with Dr. Clark (i) Stanford Lee (an Enzon employee from on or about June 6, 1991 to on or about July 31, 2002) and (ii) David R. Filpula (an Enzon employee from on or about January 18, 1983 to the present);

WHEREAS, Phoenix does not object to the change in inventorship sought by Enzon.

NOW THEREFORE, at Wilmington this ____ day of _____, 2006, there being good cause to order that inventorship of the '738 Patent should be corrected pursuant to 35 U.S.C. § 256 ¶ 2 to include as additional inventors Stanford Lee and David R. Filpula, IT IS HEREBY ORDERED that:

1. The inventorship of U.S. Patent 6,183,738 shall be corrected pursuant to 35 U.S.C. § 256 ¶ 2 to include as additional inventors Stanford Lee and David R. Filpula.

2. The Clerk of the Court shall transmit a copy of this Order to the Director of the U.S. Patent and Trademark Office.

_____
United States District Judge