IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC.,<br><br>                   Plaintiff,<br><br>    v.<br><br>PHOENIX PHARMACOLOGICS, INC.,<br><br>                  Defendant. | Civil Action No.: 04-1285-GMS<br><br>STIPULATION OF DISMISSAL |

This matter having been amicably adjusted by and between plaintiff Enzon Pharmaceuticals, Inc., and defendant Phoenix Pharmacologics, Inc., it is hereby stipulated and agreed that all claims and counterclaims shall be and hereby are DISMISSED WITH PREJUDICE and without costs.

| | |
|---|---|
| /s/ John W. Shaw<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br><br>Attorneys for plaintiff<br>Enzon Pharmaceuticals, Inc.<br><br>Dated: March 23, 2006 | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br><br>Attorneys for defendant<br>Phoenix Pharmacologics, Inc.<br><br>Dated: March 23, 2006 |