REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-1285 | 09/21/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Enzon Pharmaceutical | Phoenix Pharm. Inc. |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,183,738 B1 | 2/6/01 | Phoenix Pharamacologics In |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

"See Attached"

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | April Walker | 6/20/06 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZON PHARMACEUTICALS, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>PHOENIX PHARMACOLOGICS, INC.,<br><br>                  Defendant. | Civil Action No.: 04-1285-GMS<br><br>STIPULATION OF DISMISSAL |

This matter having been amicably adjusted by and between plaintiff Enzon Pharmaceuticals, Inc., and defendant Phoenix Pharmacologics, Inc., it is hereby stipulated and agreed that all claims and counterclaims shall be and hereby are DISMISSED WITH PREJUDICE and without costs.

| | |
|---|---|
| /s/ John W. Shaw<br>John W. Shaw<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br><br>Attorneys for plaintiff<br>Enzon Pharmaceuticals, Inc.<br><br>Dated: March 23, 2006 | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br><br>Attorneys for defendant<br>Phoenix Pharmacologics, Inc.<br><br>Dated: March 23, 2006 |